[No. 8786-7-III.   Division Three.   February 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GREG S. GARZA, *Appellant.*

The decision in the above captioned case which appeared in the advance sheets at 53 Wn. App. 49–53 has been omitted from this permanent bound volume pursuant to an order of the Court of Appeals dated February 14, 1989, directing that the decision not be published. See 53 Wn. App. 1074.